United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 23, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-31085
Summary Calendar

JESUS CARMONA,

Petitioner-Appellant,

versus

O. KENT ANDREWS,

Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 03-CV-676
--------------------

Before JOLLY, WIENER, and PICKERING, Circuit Judges.

PER CURIAM:[*]

Jesus Carmona, Louisiana state prisoner # 105961, has appealed the district court's order dismissing without prejudice for lack of jurisdiction Carmona's application for a writ of habeas corpus, under 28 U.S.C. § 2241, challenging the revocation of his release on parole. The district court's order is affirmed and the matter is remanded for further proceedings consistent with our opinion in Carmona v. Andrews, 357 F.3d 535 (5th Cir. 2004).

AFFIRMED AND REMANDED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.